UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JONES,<br><br>    Plaintiff,<br><br>v.<br><br>G. GUZMAN, N. AUTREY,<br><br>    Defendants. | No. 2:18-cv-0842 KJN P<br><br>ORDER AND FINDINGS AND <u>RECOMMENDATIONS</u> |

    By an order filed May 7, 2018, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. On June 18, 2018, plaintiff returned responsive documents, but failed to provide addresses on the USM-285 forms. On July 3, 2018, plaintiff was granted an additional thirty days in which to submit the properly completed USM-285 forms for defendants Guzman and Autrey. That thirty-day period has since passed, and plaintiff has not responded in any way to the court's order.

    In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

    IT IS RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

    These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 21, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/jone0842.fusm